IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE COMPANY ) ) ) | |
| Plaintiff, ) | Case No. 2:22-cv-02405-JWB-ADM |
| vs. ) ) | |
| TFI FAMILY SERVICES, INC., et al. ) ) | |
| Defendants. ) | |

### DEFENDANT MORGAN RUBELMANN'S ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT AND COUNTER CLAIM

COMES NOW Defendant Morgan Rubelmann and for her Answer to Plaintiff's Complaint for Declaratory Judgment and Counterclaim, states and answers:

### ANSWER TO COMPLAINT

### INTRODUCTION

1. Defendant denies the allegations of paragraph 1.

### PARTIES, JURISDICTION & VENUE

2. Defendant is without information sufficient to admit or deny the allegations of paragraph 2 and therefore denies the same.

3. Defendant admits Jana Nevins has filed a lawsuit in Douglas County District Court described as the "Underlying Litigation". All other allegations of paragraph 3 are allegations for which Defendant is without information sufficient to admit or deny and therefore denies the same.

4. Defendant admits the allegations of paragraph 4.

5. Defendant must defer to the Answer of co-defendant TFI to respond to paragraph 5 and incorporates the Answer of TFI as her own by reference.

6. Defendant is without information sufficient to or deny the allegations of paragraphs 6, 7, and 8 and therefore denies the same.

7. Defendant admits the allegations of paragraph 9.

8. Defendant incorporates the response of co-defendant TFI in response to paragraph 10.

## GENERAL ALLEGATIONS

9. Defendant incorporates the response of co-defendant TFI in response to paragraphs 11, 12, and 13.

## THE UNDERLYING LITIGATION

10. Defendant admits that the allegations of the Petition in the Underlying Litigation speak for themselves. All other allegations of paragraphs 14, 15, 16, 17, 18, 19, 20, 21 and 22 are denied.

## INVESTIGATION AND CHARGES OF RUBELMANN

11. Defendant admits the allegations of paragraphs 23 and 24.

12. Defendant is without sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in paragraph 25 and therefore must deny the same.

13. Defendant admits the allegations of paragraph 26.

14. Defendant admits Defendant Rubelmann was charged as set forth in paragraph 27, but denies that there was any finding of guilt or any plea of guilt to the charges referenced in these paragraphs.  All other allegations of paragraph 27, if any, are denied.

15. Defendant admits that the allegations contained in paragraph 28 speak for themselves.

## THE POLICY APPLICATION, FORMS AND COVERAGES

16. Defendant incorporates the response of co-defendant TFI in response to paragraphs 29 through 46 as if set forth more fully herein.

## GROUNDS FOR DECLARATORY RELIEF

17. Defendant denies the allegations of paragraphs 47, 48, 49, 50, and 51 and all prayers for relief contained in the petition.

18. Defendant denies all other allegations of the Complaint not specifically admitted herein.

## AFFIRMATIVE DEFENSES

19. Plaintiff's Complaint fails to state a claim against this Defendant for which relief can be granted.

20. Defendant is an innocent insured.

21. Plaintiff has waived or is estopped to assert claims that no coverage is provided under the policy.

22. Defendant is entitled to coverage for the reasons asserted in the Counterclaim of co-defendant incorporated herein by reference.

WHEREFORE, Defendant prays that the Complaint for Declaratory Judgment be dismissed against her or that judgment in favor of coverage be granted to Defendant, for her attorneys fees and costs and all other relief deemed necessary and proper by the Court.

## INCORPORATION BY REFERENCE OF COUNTERCLAIMS BY TFI

1. Defendant and Counterclaim Plaintiff Morgan Rubelmann, as an insured under the Capitol Specialty Insurance Company policy bearing policy number HS20222163-01 for the policy period beginning July 1, 2022 to July 1, 2023, incorporates by reference the

Counterclaims (all counts) set forth in their entirety in co-defendant TFI's Counterclaim against Capitol Specialty Insurance Company as if set forth more fully herein.

                                              Respectfully Submitted,

                                              */s/ Thomas A. Rottinghaus*
                                              Thomas Rottinghaus     KS#19081
                                              Wagstaff & Cartmell LLP
                                              4740 Grand Avenue, Suite 300
                                              Kansas City, MO 64112
                                              Telephone: (816) 701-1100; Fax: (816) 531-2372
                                              trottinghaus@wcllp.com
                                              **ATTORNEY FOR DEFENDANT/COUNTERCLAIM PLAINTIFF MORGAN RUBELMANN**

## **CERTIFICATE OF SERVICE**

      I hereby certify this pleading was filed with the Court on this 2nd day of December, 2022 via the Court's electronic filing system and will be served via that system to the following counsel:

Randall L. Rhodes
Daniel A. Kopp
Rouse Frets White Goss Gentile Rhodes, P.C.
5250 W. 116th Place, Suite 400
Leawood, KS 66211
rrhodes@rousepc.com
dkopp@rousepc.com
Attorney for Defendant Jana Nevins

Elaine M. Moss
Knight Nicastro Mackay
319 N. 4th St., Suite 300
St. Louis, MO 63102
moss@knightnicastro.com
Attorney for Plaintiff Capitol
Specialty Insurance Company

Vincent O'Flaherty
Law Offices of Vincent F. O'Flaherty, Attorney, LLC
3637 Main Street
Kansas City, MO  64111
voflaherty@voflaw.com
Attorney for Defendant TFI Family Services, Inc.

                                              */s/ Thomas A. Rottinghaus*
                                              Thomas A. Rottinghaus
                                              Attorney for Defendant Morgan Rubelmann